IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT BLUEFIELD

ANTHONY WILSON,

        Plaintiff,

v.                                    CIVIL ACTION NO. 1:19-00438

DAVID RICH,

        Defendant.

                    **MEMORANDUM OPINION AND ORDER**

        By Standing Order, this action was referred to United

States Magistrate Judge Omar J. Aboulhosn for submission of

findings and recommendations regarding disposition pursuant to 28

U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to

the court his Findings and Recommendation ("PF&R") on March 8,

2022, in which he recommended that the district court dismiss

plaintiff's petition under 28 U.S.C. § 2241 and remove this

matter from the court's docket.

        In accordance with the provisions of 28 U.S.C. § 636(b),

the parties were allotted fourteen days, plus three mailing days,

in which to file any objections to Magistrate Judge Aboulhosn's

Findings and Recommendation.  The failure of any party to file

such objections constitutes a waiver of such party's right to a

de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363

(4th Cir. 1989).

        The parties failed to file any objections to the

Magistrate Judge's Findings and Recommendation within the

seventeen-day period.  Having reviewed the Findings and
Recommendation filed by Magistrate Judge Aboulhosn, the court
adopts the findings and recommendations contained therein.
Accordingly, the court hereby **DISMISSES** plaintiff's petition
under 28 U.S.C. § 2241 and directs the Clerk to remove this case
from the court's active docket.

Additionally, the court has considered whether to grant a
certificate of appealability.  See 28 U.S.C. § 2253(c).  A
certificate will not be granted unless there is "a substantial
showing of the denial of a constitutional right."  28 U.S.C. §
2253(c)(2).  The standard is satisfied only upon a showing that
reasonable jurists would find that any assessment of the
constitutional claims by this court is debatable or wrong and
that any dispositive procedural ruling is likewise debatable.
Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.
McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676,
683-84 (4th Cir. 2001).  The court concludes that the governing
standard is not satisfied in this instance.  Accordingly, the
court **DENIES** a certificate of appealability.

The Clerk is directed to forward a copy of this
Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 14th day of July, 2022.

ENTER:

David A. Faber
Senior United States District Judge

2